# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00775-CR
NO. 03-13-00776-CR
NO. 03-13-00777-CR

**Leon Posada, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
NOS. D-1-DC-12-206773, D-1-DC-13-300536 & D-1-DC-12-206679
HONORABLE P. DAVID WAHLBERG, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Leon Posada, acting pro se, filed notices of appeal from his judgments of conviction for the offense of theft (trial court cause number D-1-DC-13-300536) and two offenses of credit card or debit card abuse (trial court cause numbers D-1-DC-12-206773 and D-1-DC-12-206679), all of which were enhanced by Posada's prior felony convictions. *See* Tex. Penal Code §§ 31.03(e)(4)(A), 32.31.

However, the trial court certified that: (1) each of these cases is a plea-bargain case and Posada has no right of appeal, and (2) Posada waived the right of appeal. Posada and his counsel signed all three of the trial court's certifications.

Accordingly, the appeals are dismissed.  *See* Tex. R. App. P. 25.2(a)(2), (d).


_____

Jeff Rose, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed for Want of Jurisdiction

Filed:   December 31, 2013

Do Not Publish